1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIOVANNI FRANCO, | ) | Case No. CV 07-174-JVS (OP) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | |
| JOHN MARSHALL, Warden, | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, <u>de novo</u>. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) denying the Petition and dismissing this action with prejudice.

DATED: July 31, 2009

_____
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge